UNITED STATES
v.
JAMES McCLOSKEY

1808

### Journal Entries

1. Defendant ruled into custody . . . . . *Journal, infra,* \*p. 146

### Papers in File

[None]

UNITED STATES
v.
ROBERT SMART

1808

### Journal Entries

1. Recognizance . . . . . . . . . . *Journal, infra,* \*p. 146

### Papers in File

[None]